UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Case No.: 2:24-cr-143-SPC-KCD

THAKUR SUKHDEO,

    Defendant,
_____/

## **ORDER**

Defendant Thakur Sukhdeo seeks a hearing under 18 U.S.C. § 4241 "to determine his competency to proceed." (Doc. 56 at 1.) Attached to the motion is a medical report that concludes Defendant suffers from a mental defect rendering him incompetent. (Doc. 56-1.) In response, the Government asks "that a psychological examination of the defendant be conducted and that the report be filed with the Court with copies provided to counsel." (Doc. 57 at 1.)

Given the record presented, the Court finds there are reasonable grounds to believe Defendant presently suffers from a mental disease that leaves him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a). Accordingly, the Court now appoints Dr. Keegan Culver to conduct an independent psychiatric/psychological examination of Defendant. The Government shall provide a copy of this order to Dr. Culver, and defense

counsel shall assemble and deliver whatever documents or medical records are needed for the evaluation. The examination shall take place at the courthouse, and the Court will provide space if needed. Dr. Culver shall complete the examination and file a report with this Court (with copies provided to defense counsel and the Assistant United States Attorney) within thirty days of the examination. *See* 18 U.S.C. § 4247(c). The report shall include:

(1) Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

*Id.*

Upon receipt of the report, the Court will schedule a status conference to assess what further proceedings are necessary. The United States Attorney's Office shall be billed directly for all services rendered in accordance with this Order.

**ORDERED** in Fort Myers, Florida on July 21, 2025.

Kyle C. Dudek
United States Magistrate Judge