UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                         Case No.:    2:24-cr-143-SPC-DNF

THAKUR SUKHDEO

---

## ORDER

Before the Court is the United States and Defendant Thakur Sukhdeo's Joint Motion to Compel Disclosure of Medical Records And to Direct Communication Protocol for Court-Appointed Expert. (Doc. 84). They request that the Court order Pretrial Services to provide all of Defendant's medical and treatment records from TLS Consulting, LLC ("TLS") to the Court's appointed expert, Dr. Keegan Culver, and to simultaneously produce those records to counsel for both parties. Further, they request that the Court direct all substantive communications from the Court's expert to include both parties. The Court has considered the parties' arguments and grants the motion.

Accordingly, it is

**ORDERED**:

1. The United States and Defendant Thakur Sukhdeo's Joint Motion to Compel Disclosure of Medical Records And to Direct Communication Protocol for Court-Appointed Expert (Doc. 84) is **GRANTED**.

2. Pretrial Services is **DIRECTED** to immediately produce all medical records in its possession from TLS Consulting to the Court's appointed expert, Dr. Culver.

3. Pretrial Services is **DIRECTED** to simultaneously produce those same records to counsel for both parties.

4. All future substantive communications between the Court's appointed expert, Dr. Culver, and counsel shall occur jointly, with both parties included.

**DONE** and **ORDERED** in Fort Myers, Florida on February 12, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record